

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

ROBERT FRAZER
UNITED STATES ATTORNEY

Jacob E. Heric
*Special Assistant U.S. Attorney*

*970 Broad Street, Suite 700*
*Newark, NJ 07102*
jacob.heric@usdoj.gov

main: (973) 645-2700
direct: (973) 645-2709

May 19, 2026

SO ORDERED.
s/ Michael E. Farbiarz
Michael E. Farbiarz, U.S.D.J.
Date: May 19, 2026

**Via ECF**
Honorable Michael E. Farbiarz, U.S.D.J.
U.S. District Court for the District of New Jersey
Frank Lautenberg Post Office & U.S. Courthouse
2 Federal Square
Newark, NJ 07102

     **Re:**     *Cruz Hernandez v. Blanche,* **Civil No. 26-5623 (MEF)**
               **Petitioner's Bond Hearing**

Dear Judge Farbiarz:

This Office represents Respondents in this habeas matter. We write pursuant to the Court's May 18, 2026, Text Order, ECF No. 7, directing Respondents to provide Petitioner with a bond hearing on or before May 20 at 10:00 a.m., unless, by May 19 at 3:00 p.m., the Respondents file a letter explaining that the Petitioner has asked to adjourn the bond hearing.

Upon receipt of this Text Order, this Office provided it to U.S. Immigration and Customs Enforcement (ICE), who notified the Executive Office for Immigration Review (EOIR). EOIR scheduled Petitioner's bond hearing for May 19, 2026, at 9:30 a.m. *See* Ex. A (Bond Hearing Notice, dated May 18, 2026). However, the bond hearing was not completed because Petitioner's Counsel requested to withdraw the bond request before the Immigration Court so that she could file additional evidence. *See* Ex. B (Bond Order, dated May 19, 2026). Petitioner's Counsel informs this Office that she is still working to obtain evidence for the bond hearing. As such, we respectfully request additional time to comply with this Court's Text Order, ECF No. 7.

Thank you for your continued attention to this matter.

                                  Respectfully submitted,

                                  ROBERT FRAZER
                                  United States Attorney

             By:     */s/ Jacob Heric*
                     JACOB HERIC
                     Special Assistant U.S. Attorney
                     *Attorneys for Respondents*

cc:      All counsel of record (via ECF)